IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DERON ANDERSON DUNWOOD,**
             **Plaintiff,**

vs.                                                            Case No.: 3:05cv434/RV/MD

**PRISON HEALTH SERVICES, INC., et al.,**
             **Defendants.**

---

### REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. On December 21, 2005 plaintiff filed a motion to dismiss this civil rights action (doc. 12). Plaintiff requests that such dismissal be without prejudice. Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1.  That plaintiff's motion to dismiss (doc. 12) be GRANTED and this case be DISMISSED WITHOUT PREJUDICE.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 3rd day of January, 2006.

/s/ *Miles Davis*
         **MILES DAVIS**
         **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**