IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DERON ANDERSON DUNWOOD,
    Plaintiff,

vs.                    CASE NO.: 3:05cv434/RV/MD

PRISON HEALTH SERVICES, INC., et al.,
    Defendants.

---

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 3, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The plaintiff's motion to dismiss (doc. 12) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

2.    The clerk is directed to close the file.

DONE AND ORDERED this 1st day of February, 2006.

                */s/ Roger Vinson*
                **ROGER VINSON**
                **SENIOR UNITED STATES DISTRICT JUDGE**